# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

L. Joseph Lapinsky

Plaintiff

v.

Matthew Tveite and
Denis Dowd

Defendants

Case No. Civil 01-2297 ADM/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is summarily dismissed, without prejudice, for failure to prosecute.

DATE: March 20, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk